UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

PETE McCOTRY, JR.                                                                                    PLAINTIFF

v.                                      No. 5:22-cv-05113

CHIEF SHAWN HOLLOWAY,
LIEUTENANT DEREK STAMPS,
CAPTAIN HAROLD CAGE,
SERGEANT GREG HOBBELMAN,
CORRECTION OFFICER KEVIN MILLER
CORRECTION OFFICER JESSE MOORE,
LIEUTENANT TYLER ROSS,
and CORRECTION OFFICER ETHAN PRICE                                                    DEFENDANTS

## ORDER

The Court has received a report and recommendation (Doc. 25) from United States Chief Magistrate Judge Mark E. Ford. The Magistrate Judge recommends the Court dismiss this case without prejudice for failure to prosecute or respond to the Court. No objections have been filed. After careful review, the Court finds that the report and recommendation is proper, contains no clear error, and is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that this case is DISMISSED WITHOUT PREJUDICE. Judgment will be entered accordingly.

IT IS SO ORDERED this 2nd day of November, 2022.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE