UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

PETE McCOTRY, JR.                                                                           PLAINTIFF

v.                             No. 5:22-cv-05113

CHIEF SHAWN HOLLOWAY,
LIEUTENANT DEREK STAMPS,
CAPTAIN HAROLD CAGE,
SERGEANT GREG HOBBELMAN,
CORRECTION OFFICER KEVIN MILLER
CORRECTION OFFICER JESSE MOORE,
LIEUTENANT TYLER ROSS,
and CORRECTION OFFICER ETHAN PRICE                          DEFENDANTS

## JUDGMENT

Under the order entered in this case on this date, this matter is DISMISSED WITHOUT PREJUDICE.

IT IS SO ADJUDGED this 2nd day of November, 2022.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE